[No. 33583-9-I.    Division One.    May 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE
REDDICK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-04361-5, Joan E. DuBuque, J., entered
October 25, 1993. *Affirmed* by unpublished per curiam opin-
ion.

[No. 31456-4-I.    Division One.    May 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DION
HUMPHREY, *Appellant*.

Appeal from a judgment of the Superior Court for Snoho-
mish County, No. 92-1-00125-4, Kathryn E. Trumbull, J.,
entered September 21, 1992. *Affirmed* by unpublished per
curiam opinion.

[No. 33278-3-I.    Division One.    May 1, 1995.]

LINDA BINA, *Appellant*, v. THE CITY OF SNOQUALMIE,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-01505-8, Ann Schindler, J., entered August
23, 1993. *Affirmed* by unpublished opinion per Becker, J.,
concurred in by Agid, J., and Pekelis, J. Pro Tem.

[No. 28844-0-I.    Division One.    May 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
WAYNE BOWER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-01447-3, R. Joseph Wesley, J., entered June
24, 1991. *Affirmed* by unpublished opinion per Becker, J.,
concurred in by Coleman and Webster, JJ.